FILED

JUL 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SEATTLE MIDEAST AWARENESS CAMPAIGN, a Washington non-profit corporation,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>KING COUNTY, a municipal corporation,<br><br>        Defendant - Appellee. | No. 11-35914<br><br>D.C. No. 2:11-cv-00094-RAJ<br><br>ORDER |
| SEATTLE MIDEAST AWARENESS CAMPAIGN, a Washington non-profit corporation,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>KING COUNTY, a municipal corporation,<br><br>        Defendant - Appellant. | No. 11-35931<br><br>D.C. No. 2:11-cv-00094-RAJ |

Before: KOZINSKI, CHRISTEN, and WATFORD, Circuit Judges.

      Judges Kozinski and Watford vote to deny the petition for rehearing en banc.

Judge Christen votes to grant the petition.

      The full court has been advised of the petition for rehearing en banc, and no

judge requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing en banc, filed May 1, 2015, is DENIED.